# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEBRA AND RUSSELL MARBURY

VERSUS

CRACKER BARRELL OLD COUNTRY
STORE, INC. AND SAFETY
NATIONAL CASUALTY
CORPORATION

NO. 2021 CW 1599

MARCH 21, 2022

---

In Re:    Cracker Barrel Old Country Store, Inc., Safety
          National Casualty Corporation, Allied World National
          Assurance Company, and Megan Childers, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 668,769.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

    **WRIT GRANTED.** The trial court's April 26, 2021 ruling granting the plaintiffs' motion for adverse presumption is reversed. Spoliation of evidence generally refers to an intentional destruction of evidence for the purpose of depriving opposing parties of its use. **BancorpSouth Bank v. Kleinpeter Trace, L.L.C.**, 2013-1396 (La. App. 1st Cir. 10/1/14), 155 So.3d 614, 639. The trial court abused its discretion in granting an adverse instruction on spoliation of evidence where plaintiffs, Debra and Russell Marbury, have not presented sufficient evidence that the defendants, Cracker Barrel Old Country Store, Inc., Safety National Casualty Corporation, Allied World National Assurance Company, and Megan Childers (hereinafter "Cracker Barrel"), intentionally destroyed evidence to deprive them of its use and where Cracker Barrel provided adequate reasons for the loss of the evidence. See **Id.**, 155 So.3d at 639. Accordingly, plaintiffs' motion for instruction on spoliation of evidence and the adverse presumption is denied.

**JMG**
**WRC**

    **Holdridge, J.,** concurs. From the writ application, it appears that the contact information for Justin Richardson has been located, and the last known address of the former employee, Kaitlin Jones, has been provided. Therefore, it is uncertain at this time as to whether a spoliation instruction will be required. For these reasons, I agree to reverse the decision of the trial court but would allow the issue to be revisited at a later date depending upon further discovery in this case.


COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT